IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WINSTEN A. HANKS,

    Petitioner,

v.                                Civil Action No. 3:15CV729

WARDEN RADCLIFFE-WALKER,

    Respondent.

## MEMORANDUM OPINION

Petitioner, a Virginia prisoner proceeding *pro se*, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By Memorandum Order entered on December 22, 2015, the Court directed Petitioner, within eleven (11) days of the date of entry thereof, to complete and return the standardized form for filing a § 2254 petition as required by Eastern District of Virginia Local Civil Rule 83.4(A). The Court warned Petitioner that the failure to comply with the above directive would result in the dismissal of the action without prejudice. *See* Fed. R. Civ. P. 41(b).

More than eleven (11) days have elapsed since the entry of the December 22, 2015 Memorandum Order and Petitioner has not responded. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE. The Court will DENY a certificate of appealability.

An appropriate Order shall accompany this Memorandum Opinion.

                                          /s/
                                 M. Hannah Lauck
                                 United States District Judge

Date: FEB 2 3 2016
Richmond, Virginia